■ NATACHA L. QUEZADA, Appellant, v TOPSIDE SYSTEMS INC. et al., Respondents. [992 NYS2d 413]—

Order, Supreme Court, Bronx County (Lucindo Suarez, J.), entered December 16, 2013, which denied plaintiff's motion for summary judgment on the issue of liability, without prejudice to renewal following discovery, unanimously affirmed, without costs.

No discovery has been conducted, and the parties' affidavits are inconsistent as to how the accident occurred (*see generally Licurgo-Cruz v Ahmed*, 118 AD3d 420 [1st Dept 2014]; CPLR 3212 [c], [f]). Concur—Mazzarelli, J.P., Renwick, Andrias, Richter and Feinman, JJ.